

# NUMBER 13-25-00198-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

KELLY HARDEE,                                                          Appellant,

v.

RANDY CLOUSE
D/B/A ARTISAN EXTERIORS,                                      Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF WILLIAMSON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and West**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's agreed motion to dismiss appeal.[1]

On May 23, 2025, the parties were ordered to mediation. On June 25, 2025, the mediator

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

notified the Court that the matter was settled, and that part of the settlement includes dismissal.

Upon review of the mediator's letter and the agreed motion to dismiss, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the motion to dismiss is granted, and the appeal is hereby dismissed.

In accordance with the agreed motion, costs are taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
2nd day of October, 2025.

2